## LAWLER v. STATE.
### No. 23721.

Court of Criminal Appeals of Texas.
June 25, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the offense of burglary. The punishment assessed is confinement in the state penitentiary for a term of two years.

The indictment as well as all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.